UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATALIE PATTILLO and COLTON CONROY, individually and as next friends to A.B., C.D., and E.F., | : : : : |
| v. | : C.A. No. 1:25-cv-588 |
| JONATHAN FISHMAN, | : : |

## NOTICE OF WITHDRAWAL

Matthew C. Reeber hereby withdraws his appearance as counsel for Defendant Jonathan Fishman.

Respectfully submitted,

JONATHAN FISHMAN

By his Attorneys,

PANNONE LOPES DEVEREAUX & O'GARA LLC

*/s/ Matthew C. Reeber*
Matthew C. Reeber (#7702)
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
(401) 824-5100 (t)
(401) 824-5123 (f)
mreeber@pldolaw.com

## CERTIFICATION

I hereby certify that on January 2, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Matthew C. Reeber*

4929-2855-5653, v. 1