MPD/lmc 25-289

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATALIE PATTILLO and COLTON CONROY, :
Individually and as next friends to A.B., C.D., and :
E.F. :
 :
VS. : C.A. NO.: 1:25-cv-588
 :
JONATHAN FISHMAN :

## ANSWER OF DEFENDANT JONATHAN FISHMAN TO PLAINTIFFS' COMPLAINT

Now comes defendant JONATHAN FISHMAN and responds as follows to the numbered paragraphs of plaintiffs' complaint:

1. The defendant denies any wrongful conduct, and otherwise neither admits nor denies the allegations of paragraph 1 but rather leaves the plaintiffs to their proof thereon.

### I.    Parties.

2. It is denied that the plaintiffs were forced to move out of the home. The plaintiffs elected to fail to pay rent. With respect to the balance of the allegation, the defendant neither admits nor denies and holds the plaintiffs to their proof thereon.

3. It is denied that the plaintiffs were forced to move out of the home. The plaintiffs elected to fail to pay rent. With respect to the balance of the allegation, the defendant neither admits nor denies and holds the plaintiffs to their proof thereon.

4. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

5. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

6. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

7. Admitted that the defendant Fishman is the owner of the premises, and rented 222 Ivy Street to the family. Denied that the defendant Fishman

        resides at 410 Adirondack Drive in East Greenwich. Admitted in that the defendant utilizes 555 North Main Street, #1368, Providence, RI as a business address.

8. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

## II.    Jurisdiction and Venue.

9. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

10. To the extent the allegation alleges any wrongful conduct on behalf of the defendant, the allegation is denied. With respect to the balance of the allegation, the defendant neither admits nor denies and holds the plaintiffs to their proof thereon.

11. Denied that the defendant Fishman resides in Rhode Island. With respect to the balance of the allegation, the defendant neither admits nor denies and holds the plaintiffs to their proof thereon.

12. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

## III.    Factual Basis for Claims.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

15. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

16. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

17. Denied.

18. Admitted that the defendant advised that asbestos had been remediated in the basement.

19. Denied.

20. Denied.

21. Admitted that the defendant advised that he and his family had previously resided in the home.

22. Admitted.

23. Denied.

24. Denied.

25. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

26. Admitted, though it is unknown to the defendant as to whether or not email communications constitute "interstate wire communications" as referenced.

27. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

28. Admitted.

29. Admitted.

30. Denied that the defendant promised to paint the interior of the apartment.

31. Denied.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

34. Denied.

35. Denied.

36. The defendant notified the family that a contractor would be coming.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

3

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Admitted.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

45. Denied.

46. Denied.

47. Denied.

48. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

49. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

50. Denied.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

53. Denied.

54. Denied.

55. Denied.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

57. Denied.

58. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

68. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

69. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

70. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

71. Denied.

72. Denied.

73. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

74. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leaves plaintiffs to their proof thereof.

77[*sic*] Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

78. Denied that the eviction notice was sent in retaliation. The eviction proceeding was filed due to the plaintiffs' failure to pay the rent owed.

79. Admitted.

80. Denied that the eviction notice was sent in retaliation. The eviction proceeding was filed due to the plaintiffs' failure to pay the rent owed.

81. Denied.

82. Denied.

83. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

84. Denied.

85. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

### IV. Appropriateness of Punitive Damages.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

### V. Causes of Action.

**First Cause of Action: Violation of the Residential Lead-Based Paint Hazard Reduction Act 42 U.S.C. § 4852d**

101. Defendant repeats and realleges his answers set forth in paragraphs 1 through 100 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

102. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

103. Denied.

104. Admitted.

105. Denied.

106. Denied.

107. Denied.

**Second Cause of Action: Failure to Maintain Residential Rental Property in Violation of R.I.G.L. §§ 34-18-22 and 34-18-28**

108. Defendant repeats and realleges his answers set forth in paragraphs 1 through 107 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

109. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

**Third Cause of Action: Wrongful Eviction in Violation of R.I.G.L. §§ 34-18-34 and 34-18-44**

116. Defendant repeats and realleges his answers set forth in paragraphs 1 through 115 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

117. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

**Fourth Cause of Action: Retaliation in Violation of R.I.G.L. §§ 34-18-34 and 34-18-46**

123. Defendant repeats and realleges his answers set forth in paragraphs 1 through 122 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

124. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

125. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

126. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

### Fifth Cause of Action: Negligence

131. Defendant repeats and realleges his answers set forth in paragraphs 1 through 130 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

132. Defendant neither admits nor denies the allegations contained in this paragraph but leaves plaintiffs to their proof thereof.

133. Denied.

134. Denied.

135. Denied.

### Sixth Cause of Action: Breach of Warranty

136. Defendant repeats and realleges his answers set forth in paragraphs 1 through 135 of plaintiffs' complaint as more fully set forth herein as his answer to this paragraph.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

### SECOND DEFENSE

If plaintiffs sustained injuries and damages as alleged which is denied, they assumed the risk of injury.

### THIRD DEFENSE

If plaintiffs sustained injuries and damages as alleged which is denied, the same was due to their want of due care under the circumstances.

### FOURTH DEFENSE

Defendant pleads the defense of unconstitutionality of punitive damages.

### FIFTH DEFENSE

Plaintiffs have failed to allege conduct warranting the imposition of exemplary or punitive damages under Rhode Island law.

### SIXTH DEFENSE

Plaintiffs' claim for punitive damages is barred because such an award would violate defendants' due process, equal protection and other rights under the United States Constitution and applicable state constitutions.

**WHEREFORE,** defendant demands that plaintiffs' action against him be dismissed and that judgment be entered for said defendant.

### *Jury Trial Demand*

Defendant demands a trial by jury and designates Mark P. Dolan, Esquire, as his trial attorney.

/*s*/ Mark P. Dolan
Mark P. Dolan, Esquire (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218 (fax)
mdolan@ricedolan.com

10

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I ***filed and served*** this document through the electronic filing system to the following parties:

Francis Curren, Esquire
Curren Law, PLLC
P.O. Box 5891
Providence, RI 02903
[frankcurren@currenlaw.com](mailto:frankcurren@currenlaw.com)

*This document electronically filed and/or served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.*

/***s***/ Mark P. Dolan