*MPD:rad 25-289*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NATALIE PATTILLO and COLTON CONROY, | : | |
| Individually and as next friends to A.B., C.D., and | : | |
| E.F. | : | |
| | : | |
| VS. | : | C.A. NO.: 1:25-cv-588 |
| | : | |
| JONATHAN FISHMAN | : | |

# OBJECTIONS OF THE DEFENDANT
## TO THE PLAINTIFF COLTON CONROY'S
## FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Now comes the defendant, JONATHAN FISHMAN, and hereby objects to certain of the plaintiffs' First Requests for Production of Documents, as specified below:

**REQUEST No. 15:**  All Documents relating to Defendant's financial condition, assets, liabilities, or net worth from January 1, 2022 to the present, including but not limited to personal and business tax returns (including all schedules, attachments, and amendments), bank statements, brokerage or investment account statements, financial statements, balance sheets, income statements, asset schedules, deeds or ownership documents for any real property, loan or mortgage documents, judgments or liens, and any other Documents reflecting Defendant's financial position or ability to pay a judgment.

> **OBJECTION: Overly broad, unduly burdensome and seeks otherwise irrelevant information. There is no right of discovery with respect to defendant's assets during the pendency of this litigation.**

**REQUEST No. 18:**    All Documents that Defendant intends to introduce as exhibits at trial, rely upon in support of any motion for summary judgment or other dispositive motion, or that support, contradict, or relate to any of Defendant's answers to these Interrogatories, responses to Requests for Admission, or positions taken in this litigation.

> **OBJECTION: Seeks documentation protected by the attorney work product privilege.**

/s/ Mark P. Dolan
_____
Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
***Attorneys for the Defendant***
***Jonathan Fishman***
72 Pine Street – Suite 300
Providence, RI 02903
Phone:  (401) 272-8800
*Fax:  (401) 421-7218*
**mdolan@ricedolan.com**

## CERTIFICATE OF SERVICE

I hereby certify that the within document was served electronically upon the following counsel of record on this 24th day of June, 2026:

Francis Curren, Esquire
Curren Law, PLLC
P.O. Box 5891
Providence, RI 02903
*frankcurren@currenlaw.com*

*/s/ Mark P. Dolan*