*MPD:rad 25-289*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NATALIE PATTILLO and COLTON CONROY, | : | |
| Individually and as next friends to A.B., C.D., and | : | |
| E.F. | : | |
| | : | |
| VS. | : | C.A. NO.: 1:25-cv-588 |
| | : | |
| JONATHAN FISHMAN | : | |

## OBJECTION OF THE DEFENDANT
## TO THE PLAINTIFF COLTON CONROY'S
## FIRST SET OF INTERROGATORIES

Now comes the defendant, JONATHAN FISHMAN, and hereby objects to certain of the plaintiffs' First Set of Interrogatories, as specified below:

**INTERROGATORY #15:** Describe Defendant's current financial condition and assets, including but not limited to: (a) all real property owned in whole or in part by Defendant, including addresses, approximate fair market values, and any mortgages, liens, or encumbrances; (b) all bank, brokerage, investment, or retirement accounts, including approximate balances as of the date of your response and as of December 31, 2024; (c) all vehicles, boats, or other titled personal property with approximate values; (d) all business interests, ownership interests in any entity, or income from any source (including rental income from any properties), with approximate annual amounts for 2023, 2024, and year-to-date 2025; (e) all significant liabilities, debts, judgments, or obligations; and (f) Defendant's approximate net worth as of December 31, 2023, December 31, 2024, and the current date.

**OBJECTION. Overly broad, unduly burdensome and seeks otherwise irrelevant information. There is no right of discovery with respect to the defendant's assets during the pendency of this litigation.**

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
***Attorneys for the Defendant***
***Jonathan Fishman***
72 Pine Street – Suite 300
Providence, RI 02903
Phone:  (401) 272-8800
*Fax:  (401) 421-7218*
**mdolan@ricedolan.com**

## CERTIFICATE OF SERVICE

I hereby certify that the within document was served electronically upon the following counsel of record on this 24th day of June, 2026:

Francis Curren, Esquire
Curren Law, PLLC
P.O. Box 5891
Providence, RI 02903
*frankcurren@currenlaw.com*

*/s/ Mark P. Dolan*