MPD:rad 25-289

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

NATALIE PATTILLO and COLTON CONROY,   :
Individually and as next friends to A.B., C.D., and  :
E.F.                                        :

VS.                                     :          C.A. NO.: 1:25-cv-588

JONATHAN FISHMAN               :

# S T I P U L A T I O N

***In the above-entitled matter, it is agreed that the following entry be made:***

1.  That the defendant, JONATHAN FISHMAN may have an additional thirty (30) days or up to and including **August 18, 2026** within which to respond to the Plaintiff Colton Conroy's First Request for Admissions served on or about June 19, 2026.

2.  That the defendant, JONATHAN FISHMAN may have an additional thirty (30) days or up to and including **August 18, 2026** within which to respond to the Plaintiff Colton Conroy's First Request for Production served on or about June 19, 2026.

3.  That the defendant, JONATHAN FISHMAN may have an additional thirty (30) days or up to and including **August 18, 2026** within which to respond to the Plaintiff Colton Conroy's First Set of Interrogatories served on or about June 19, 2026.

/s/ Francis Curren
Francis Curren, Esquire (#11032)
CURREN LAW, PLLC
***Attorney for the Plaintiffs***
P.O. Box 5891
Providence, RI 02903
(401) 406-5550
*frankcurren@currenlaw.com*

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
***Attorney for the Defendant***
72 Pine Street, Suite 300
Providence, RI  02903
(401) 272-8800
*mdolan@ricedolan.com*

DATED:  July 14, 2026