UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATALIE PATTILLO and
COLTON CONROY, individually and
as next friends to A.B., C.D., and E.F.,
Plaintiffs,

v. Docket No. 1:25-cv-588

JONATHAN FISHMAN,
Defendant.
_______________________________/

**[PROPOSED] JOINT STIPULATED PROTECTIVE ORDER REGARDING DISCOVERY**

WHEREAS, the Plaintiffs have provided certain documents related to A.B., C.D., and E.F. as part of the discovery process,

And WHEREAS, the Plaintiffs redacted the documents as necessary to remove information that would identify A.B., C.D. and E.F.,

And WHEREAS, the Defendants wish to obtain the unredacted documents,

NOW THEREORE, the Parties agree that the following protective order enter as an Order of the Court:

The Defendant and his counsel shall keep any information provided in discovery and identifying A.B., C.D., and E.F. confidential. Such information may only be disclosed to third parties as necessary for the conduct of the litigation and only to third parties who have agreed in writing to keep the same confidential.

So Ordered.

By the Court:

Hon. Melissa Dubose
United States District Court Judge

Date: August 17, 2026

Respectfully submitted,

Plaintiffs,
/s/Francis Curren
Francis Curren, Esq. (#11032)
CURREN LAW, PLLC
Attorney for the Plaintiffs
P.O. Box 5891
Providence, RI 02903
(401) 406-5550
frankcurren@currenlaw.com

Defendant,
/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
Attorney for the Defendant
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
mdolan@ricedolan.com

Dated: August 14, 2026